STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
DALE A. STOKES, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Claude J. Minter* for the petitioner.

*Mr. Martin J. Queenan* for the respondent.

November 26, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ANGELO MARANGELLO, DEFENDANT-PETITIONER.

*Messrs. Anschelewitz, Barr, Ansell & Bonello* for the petitioner.

*Mr. Vincent P. Keuper* and *Mr. Arnold B. Levin* for the respondent.

November 26, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
THEODORE GUEST AND HENRY LATHAN, DEFEND-
ANTS-PETITIONERS.

*Mr. Stanley C. Van Ness* and *Mr. Thomas Menchin* for the petitioners.

*Mr. James A. Tumulty, Jr.* and *Mr. Charles D. Sapienza* for the respondent.

November 26, 1969. Denied.